IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01889-REB-MJW

PETER CARLSON and
CONNIE CARLSON,

Plaintiffs,

v.

MATTHEW HOWE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 18) is GRANTED.  The Scheduling Order (Docket No. 16) is amended to extend the deadline to designate affirmative experts up to and including April 14, 2014, and to designate rebuttal experts up to and including May 14, 2014.

Date: February 26, 2014