**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01889-REB-MJW

PETER CARLSON, and
CONNIE CARLSON,

    Plaintiffs,

v.

MATTHEW HOWE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#25][1] filed June 10, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#25] filed June 10, 2014, is **APPROVED**;

    2.  That the combined Final Pretrial Conference and Trial Preparation Conference set October 3, 2014, are **VACATED**;

    3.  That the jury trial set to commence October 20, 2014, is **VACATED**; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 11, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge